**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 13, 2014**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00717-CV

**GLOBAL NEW MILLENIUM PARTNERS, LTD., Appellant**

**V.**

**SOUTHWEST READY MIX, LLC, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2013-66078**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 13, 2014. On November 3, 2014, appellant filed a "NOTICE OF DISMISSAL OF RESTRICTED APPEAL" informing this court the parties have reached a settlement agreement and "that this appeal is therefore not necessary." Appellant's notice is more properly considered as a motion. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Donovan.